Dear Clerk of the Court, due to my lack of knowledge with law and lockdown of my institution does not allow me access to the law library; I am inquiring a Court appointed Lawyer to assist me with my pending cases.

Nicholas Lynch

FILED
2020 JUL -1 A 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA