
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **NICHOLAS J. LYNCH,** ) | |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | **7:20-cv-08003-LSC** |
| ) | **7:18-cr-00191-LSC-TMP** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Respondent.* ) | |

## Order

On January 20, 2023, an Order (doc. 8) that this Court issued in the above-styled case was returned as undeliverable to Nicholas J. Lynch ("Petitioner" or "Lynch"). (Doc. 9.) According to the United States Probation Office, Lynch is now at the following address:

> 6425 Plantation Court
> Tuscaloosa, AL 35405

Accordingly, the Clerk of this Court is ORDERED to update Lynch's address of record and resend the Order (doc. 8) that was previously returned as undeliverable (doc. 9). Additionally, this Court reminds Lynch that he is responsible for keeping this Court informed of his current mailing address and that failure to do so will result in a dismissal of his claims.

**DONE** AND **ORDERED** ON JANUARY 24, 2023.

                                                L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE

<sub>211913</sub>